**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

ANGELA V. SMITH,

        Plaintiff,

vs,

ANDREW SAUL, Acting Commissioner of Security,

        Defendant.

2:20-cv-00710-APG-VCF

**MINUTE ORDER**

    Before the court is Plaintiff's Motion for Extension of Time to File an Answer to File Answer to Certified Administration Record and New Evidence (ECF No. 24.).

    Accordingly,

    IT IS HEREBY ORDERED that any opposition to Plaintiff's Motion for Extension of Time to File an Answer to File Answer to Certified Administration Record and New Evidence (ECF No. 24.) must be filed on or before October 1, 2020.  No reply needed.

    DATED this 24th day of September, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE