Angela V. Smith
5900 W Tropicana Ave
TRLR 113
Las Vegas, NV 89103
Telephone (702) 338-7560
Facsimile (702)901-4491
Email royalmessenger0129@gmail.com



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANGELA V SMITH

           Plaintiff,

VS.

Andrew Saul
Commissioner of Social Security,

           Defendant

Case No: 2:20-CV-00710-VCF

**PROPOSED MOTION FOR EXTENSION
OF TIME TO FILE NOTICE OF REMAND**

I respectfully and humbly file an extension of time to file remand for 60 days.

Whereas, I tried to hire an attorney as suggested by Your Honor. Unfortunately, the

paperwork the attorney sent me still has not arrived; it was sent on December 2, 2020. It is

therefore respectfully requested that the Plaintiff be granted on extension of time to file new

evidence, through and including, February 7, 2021.

In conclusion, the Defendant does not object to this motion.

Dated: December 15, 2020 2020           Respectfully submitted,

IT IS SO ORDERED.

_____

Cam Ferenbach
United States Magistrate Judge

       1-4-2021

Dated:_____

_____

ANGELA V. SMITH
Defendant



FOREVER/USA

NORTH TEXAS TX P&DC
DALLAS TX 750
26 DEC 2020 · PM 6 · L

U.S. District Court
State of Nevada
333 S Las Vegas Blvd Room 310
Las Vegas, NV
89101

89101–707150

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:

DEC 3 0 2020

FILED
ENTERED