Angela V. Smith
5900 W Tropicana Ave
TRLR 113
Las Vegas, NV 89103
Telephone (702) 338-7560
Facsimile (702)901-4491
Email royalmessenger0129@gmail.com



FILED
ENTERED
COUNSEL/PARTIES OF RECORD
FEB 19 2021
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ANGELA V SMITH                                  Case No: 2:20-CV-00710-VCF

    Plaintiff,                            **PROPOSED MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF REMAND (Fourth Request)**

VS.
Andrew Saul
Commissioner of Social Security,

    Defendant

I respectfully and humbly file an extension of time to file remand for 30 days. The current deadline was February 7, 2021. It is therefore respectfully requested that the Plaintiff be granted on extension of time to file new evidence, through and including, March 9, 2021.

Whereas, I was in the hospital for pneumonia for 8 days. Furthermore, I was in bed for a week when I was released.

On February 14 and 15, 2021, I emailed the Plaintiff. I received an email back on February 15, 2021, stating that they didn't object to my request.

Dated: February 14, 2021                         Respectfully submitted,

                                                          _/s/ Angela V Smith_
    IT IS SO ORDERED.
                                                           ANGELA V. SMITH
    _/s/ Cam Ferenbach_                                Defendant
    Cam Ferenbach
    United States Magistrate Judge

          3-5-2021
    Dated:_____