**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

ANGELA V. SMITH,

        Plaintiff,

vs.

ANDREW SAUL, Acting Commissioner of Social Security,

        Defendant.

2:20-cv-00710-APG-VCF

**ORDER**

    Before the Court is *Angela V. Smith v. Andrew Saul, Acting Commissioner of Social Security*, case number 2:20-cv-00710-APG-VCF.

    Accordingly,

    IT IS HEREBY ORDERED that an in-person status hearing to discussion the referral to the pro bono program, is scheduled for 3:30 PM, August 6, 2021, in Courtroom 3D, Lloyd D. George Federal Courthouse, 333 S. Las Vegas Blvd, Las Vegas, Nevada 89101.

    Plaintiff must appear in person.

    DATED this 29th day of July, 2021.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE