**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

ANGELA V. SMITH,

        Plaintiff,

vs.

KILOLO KIJAKAZI,
Commissioner of Social Security,

        Defendant.

2:20-cv-00710-APG-VCF

**ORDER**

    Before the Court is *Angela V. Smith v. Kilolo Kijakazi*, Commissioner of Social Security, case number 2:20-cv-00710-APG-VCF.

    On August 12, 2021, the Court set a show cause hearing for September 27, 2021.  (ECF No. 48)

    Accordingly,

    IT IS HEREBY ORDERED that the status hearing scheduled for 10:00 AM, August 24, 2021, is VACATED.

    DATED this 18th day of August, 2021.

                                                                  CAM FERENBACH
                                                                  UNITED STATES MAGISTRATE JUDGE