# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ANGELA V. SMITH,

    Plaintiff,

vs.

KILOLO KIJAKAZI,
Commissioner of Social Security,

    Defendant.

2:20-cv-00710-APG-VCF

**ORDER**

    Due to a conflict on the Court's calendar, the show cause hearing scheduled for September 27, 2021 at 10:00 AM, is RESCHEDULED in time only to **2:00 PM, September 27, 2021**, in Courtroom 3D, at the Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

    IT IS FURTHER ORDERED that Plaintiff Angela V. Smith must appear in person for the show cause hearing, scheduled for 2:00 PM, September 27, 2021.

    IT IS SO ORDERED.

    The Clerk of Court is directed to e-mail a copy of this order to Angela V. Smith.

    DATED this 24th day of September, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE