UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA V. SMITH,<br><br>    Plaintiff<br><br>v.<br><br>ANDREW SAUL,<br><br>    Defendant | Case No.: 2:20-cv-00710-APG-VCF<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 52] |

On September 28, 2021, Magistrate Judge Ferenbach recommended that I dismiss this case because plaintiff Angela Smith failed to appear for two court hearings, failed to respond to an order to show case, and has not made an appearance in the case since June 15, 2021. ECF No. 52.  Smith did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Judge Ferenbach's report and recommendation **(ECF No. 52) is accepted** and plaintiff Angela Smith's complaint **(ECF No. 4) is dismissed with prejudice** for failure to comply with court orders and failure to prosecute.  The clerk of court is instructed to enter judgment accordingly and to close this case.

DATED this 22nd day of October, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE